IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID NAPOLITANO,

        Plaintiff,                    1: 08 CV 01980 AWI WMW PC

        vs.                                ORDER

R. ARCHULATTA, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

      On May 11, 2009, an order was entered, finding that the complaint stated a claim against Defendant Archuletta for excessive force, but failed to state a claim on Plaintiff's medical claim or claims against the California Department of Corrections and Rehabilitation. The order required Plaintiff to either file an amended complaint, or notify the court regarding his willingness to proceed on the claim found to be cognizable. The order was returned to the court and re-served on Plaintiff.

      On July 28, 2009, an order was entered, granting Plaintiff's request for an extension of time in which to file an amended complaint. The deadline for filing an amended complaint

1  passed on August 31, 2009.  Plaintiff is advised that should he desire to file an amended
2  complaint, he should do so within thirty days of the date of service of this order.  Should Plaintiff
3  fail to file an amended complaint, the Court will dismiss Plaintiff's medical care claim and
4  Defendant CDCR from this lawsuit.  The Court will also provide forms for service of process of
5  the original complaint on Defendant Archuletta.
6      Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to file an amended
7  complaint within thirty days of the date of service of this order.  Should Plaintiff fail to do so,
8  Court will dismiss Plaintiff's medical care claim and Defendant CDCR from this lawsuit.

10  IT IS SO ORDERED.
11  **Dated:   September 10, 2009**              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE