# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NAPOLITANO, | CASE NO. 1:08-cv-01980-AWI-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| R. ARCHULETTA, | (ECF No. 28) |
| Defendant. | THIRTY-DAY DEADLINE |

Plaintiff David Napolitano ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant Archuletta for use of excessive force in violation of the Eighth Amendment.

On December 13, 2010, Defendant filed a motion to dismiss.  Plaintiff failed to file an opposition or a statement of non-opposition to the motion.  Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1.      Plaintiff shall file an opposition or a statement of non-opposition to Defendant's motion to dismiss within **thirty (30) days** from the date of service of this order; and

2       The failure to respond to Defendant's motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:    April 26, 2011                    /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1